MICHAEL LA ROCCA, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

LORETTA McGOUGH, Appellant, v. MICHAEL J. DERBY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

HARRY RECKLER, Respondent, v. JAMES C. QUINN, Chairman, CHARLES G. BOND and Others, Individually and as Members of the NEW YORK CITY ALCOHOLIC BEVERAGE CONTROL BOARD and Others, Appellants.— Motion to resettle order dated April 22, 1938, granted and order resettled so as to substitute the words "retail liquor store license" for "restaurant liquor license." [See ante, p. 710.] Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

JOSEPH S. ROBINSON, Appellant, v. MILDRED SCHROEDER ROBINSON, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 696.] Questions to be certified. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ. Settle order on notice.

JESSIE D. STEVELY, Respondent, v. JAMES P. STEVELY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

ANNA STINES, Respondent, v. HANNAH HANSEN, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

ALFRED COSENTINO, as Executor, etc., of JOSEPH SANZONE, Deceased, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— In an action to recover damages for death by wrongful act, neglect or default, it appeared that the decedent was struck by defendant's trolley car while attempting to cross the street at an intersection at a time when the traffic lights were changing. Evidently the decedent was at about the center of the street at the time the traffic lights changed. The evidence presented a question of fact as to defendant's negligence. Plaintiff had a verdict. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

FRIEDA FELDMAN, Appellant, v. THE CITY OF NEW YORK, Respondent.— In an action to recover damages for personal injuries, allegedly due to snow and ice on sidewalk, order setting aside verdict in plaintiff's favor and granting a new trial on the ground that the verdict was against the weight of the evidence unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.